# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3177WA

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | On Appeal from the United |
| | * | States District Court |
| v. | * | for the Western District |
| | * | of Arkansas. |
| David Pardue, | * | |
| | * | [Not To Be Published] |
| Appellant. | * | |

_____

Submitted: September 6, 2000

Filed: September 19, 2000

_____

Before RICHARD S. ARNOLD, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

David Pardue appeals from the District Court's[1] order finding him in violation of the conditions of his supervised release, and modifying those conditions. As to the finding of a violation, we hold that this issue is not ripe for decision. The District Court did not revoke Mr. Pardue's supervised release, nor did it impose any punishment for the violation it found. As to the modification of the conditions of supervised release,

_____

[1]The Hon. H. Franklin Waters, United States District Judge for the Western District of Arkansas.

we see no error of fact or law, especially in view of the fact that Mr. Pardue, through counsel, agreed to the modification.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.